**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-4869-JFW(PVCx)** | Date: February 13, 2023 |
| Title: | Khaled Hawary -v- State Farm Mutual Automobile Insurance Company | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

      In the Court's Scheduling and Case Management Order ("CMO") (Docket No. 27), the Court set February 6, 2023, as the last day to conduct a Settlement Conference and February 10, 2023, as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Joint Status Report, filed on February 10, 2023 (Docket No. 45), the parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of February 6, 2023

      Accordingly, lead counsel for the parties are ordered to show cause in writing by **February 17, 2023**, why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for violating the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

      IT IS SO ORDERED.

Initials of Deputy Clerk   sr