SHAVER, KORFF & CASTRONOVO LLP
16255 Ventura Boulevard, Suite 850
Encino, California 91436
Phone: (818) 905-6001 / Fax: (818) 905-6004

TOD M. CASTRONOVO, STATE BAR NO. 97477
TINA M. BHATIA, STATE BAR NO. 256559

Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALED HAWARY, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendants. | No. 2:22-cv-04869-JFW-PVCx <br><br> ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO STIPULATION |

IT IS HEREBY ORDERED that pursuant to counsels' stipulation, this action is dismissed in its entirety, with prejudice.

Dated: April 4, 2023

_____
JOHN A. WALTER
UNITED STATES DISTRICT JUDGE

- 1 -